IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02082-REB-MEH

MARCELO PERALTA, a Colorado resident;

Plaintiff(s);

v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2007.**

      Following review of Defendant's response in this regard, and pursuant to Fed.R.Civ.P. 15(a), the Plaintiff's Motion to Amend Complaint and Join Party [Filed January 11, 2007; Docket #15] is **granted.**

      On or before January 30, 2007, the Plaintiff shall file his Amended Complaint with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Complaint shall be in the same format and substance of that which was tendered with Plaintiff's Motion to Amend Complaint and Join Party on January 11, 2007.