IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02082-REB-MEH

MARCELO PERALTA, a Colorado resident;

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation, and
AIG CLAIMS SERVICES, INC., d/b/a AIG CLAIMS SERVICES, a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 7, 2007.**

Defendant AIG Claims Services, Inc.'s Joinder in Motion to Stay [Filed February 26, 2007; Docket #33] was inadvertently docketed as a motion requesting relief. The document does not request relief, and merely states this Defendant's intention to join in Defendant American Home Assurance Company's Motion to Stay. Accordingly, the matter (Docket #33) shall be removed from the pending motions listed in this case.

Based upon the Recommendation For Stay issued this date, the Defendants' Motion For Protective Order [Filed February 26, 2007; Docket #35] is **conditionally granted.** All discovery is stayed in this matter pending ruling by the presiding judge, the Honorable Robert E. Blackburn, on the Recommendation For Stay.