IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02082-REB-MEH

MARCELO PERALTA, a Colorado resident,

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation, and
AIG CLAIMS SERVICES, INC., d/b/a AIG CLAIMS SERVICES, a Delaware corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2007.**

    The Joint Motion to Vacate Settlement Conference [Filed July 10, 2007; Docket #44] is **granted**. The Settlement Conference scheduled for July 30, 2007 at 10:00 a.m. is vacated. The parties will file with this Court a report reflecting the status of the action, following the July 24, 2007 global settlement conference, no later than July 31, 2007.