# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-02082-REB-MEH

MARCELO PERALTA, a Colorado resident,

    Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY, a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation For Dismissal With Prejudice** [#63] filed November 11, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#63] filed November 11, 2008, is **APPROVED**; and

    2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated November 12, 2008, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**